MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division

CHARLES PARKER (CABN 283078)
Special Assistant United States Attorney

11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:   (415) 436-7149
Fax:              (415) 436-7009
Email: charles.parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE PERRENOD, | No. CV-12-3815 WHA |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION TO APRIL 30, 2013 and [proposed] ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Defendants, the United States of American and the Internal Revenue Service, and plaintiff George Perrenod, through their respective counsel, stipulate as follows:

On January 24, 2013, the parties met via telephone for their pre-session early neutral evaluation with evaluator Mark Penskar. The parties discussed in detail the primary legal and factual issues of the case and what discovery is anticipated. After discussing the case, it was apparent that any neutral evaluation conducted by the current February 15, 2013, deadline, would not be beneficial to the parties until certain discovery was completed. In particular, the United States cannot make a determination of Mr. Perrenod's tax liabilities until plaintiff responds to written discovery and a deposition of Mr. Perrenod is completed. Attempts to resolve the matter

1  before the parties engage in discovery practice is premature.  The parties concluded that an early
2  neutral evaluation should not be held until the United States has had an opportunity to propound
3  written discovery upon and depose plaintiff.  It was agreed between counsel for both parties and
4  evaluator Mark Penskar that a neutral evaluation should be continued to April 30, 2013.  Any
5  attempt to evaluate the case prior to this date would not be an effective use of the parties' time.
6      For these reasons, IT IS STIPULATED AND AGREED that the early neutral evaluation
7  deadline of February 15, 2013, be continued to April 30, 2013.

        Respectfully Submitted,

        MELINDA HAAG
        United States Attorney

Dated: January 24, 2013        /s/
        CHARLES PARKER
        Special Assistant United States Attorney
        Attorneys for Defendants

Dated: January 24, 2013        /s/
        CINDY L. HO
        Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February 7, 2013.

        HONORABLE WILLIAM ALSUP
        United States District Judge