1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
   Chief, Tax Division
4
5  CHARLES PARKER (CABN 283078)
   Special Assistant United States Attorney

6  11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California 94102
   Telephone:   (415) 436-7149
8  Fax:         (415) 436-7009
   Email: charles.parker@usdoj.gov
9
10 Attorneys for the United States of America

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

14 GEORGE PERRENOD,               )   No. CV-12-3815 WHA
                                  )
15       Plaintiff,                )
                                  )   STIPULATION TO EXTEND THE
16    v.                           )   EARLY NEUTRAL EVALUATION
                                  )   DEADLINE TO MAY 21, 2013, and
17 UNITED STATES OF AMERICA, et al., )   [proposed] ORDER
                                  )
18       Defendants.              )
                                  )
19 _____ )

20      Defendants, the United States of American and the Internal Revenue Service, and

21 plaintiff George Perrenod, through their respective counsel, stipulate as follows:

22      Currently, an Early Neutral Evaluation ("ENE") is scheduled in this matter for April 30,

23 2013, and briefs for the ENE are due April 26 at 12:00 p.m.  Unfortunately, the ENE cannot take

24 place as scheduled due to an injury suffered counsel for George Perrenod, Cindy Ho.  Cindy Ho

25 suffered a severe injury last night and will not be able to work for the next four days, possibly

26 more.  Her left shoulder blade is fractured in two places.  She will be examined by an orthopedic

27 surgeon today to determine whether surgery will be necessary.  She is currently resting at home

28 in an "immobilizer" and has been instructed by her doctor to minimize movement.

Consequently, Cindy will not be able to prepare and file the ENE statement for the Perrenod matter and will likely be unable to appear at the ENE scheduled on April 30, 2013.

The parties have contacted the ENE evaluator, Mark Penskar, and he is available May 14, 2013.

This extension of time will not affect any other dates included in the Court's scheduling order. The ENE deadline was previously extended by Court order from February 15, 2013, to April 30, 2013. (Dkt. No. 24).

For these reasons, IT IS STIPULATED AND AGREED that the Early Neutral Evaluation deadline of April 30, 2013, be extended to May 14, 2013.

> Respectfully Submitted,
>
> MELINDA HAAG
> United States Attorney
>
>     /s/
> CHARLES PARKER
> Special Assistant United States Attorney
> Attorneys for Defendants
>
>   /s/ by Matthew Miller
> CINDY L. HO
> Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  April 26, 2013.

HONORABLE WILLIAM ALSUP
United States District Judge

Stipulation to Extend the Early Neutral
Evaluation Deadline to May 14, 2013
C 12-3815 WHA              2