1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   THOMAS MOORE (ALBN 4305-O78T)
3  Assistant United States Attorney
   Chief, Tax Division
4
   CHARLES PARKER (CABN 283078)
5  Special Assistant United States Attorney

6  11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California 94102
   Telephone:   (415) 436-7149
8  Fax:         (415) 436-7009
   Email: charles.parker@usdoj.gov
9
   Attorneys for the United States of America
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  GEORGE PERRENOD,            )   No. CV-12-3815 WHA
                                )
15       Plaintiff,             )
                                )   STIPULATION TO EXTEND THE
16       v.                     )   EARLY NEUTRAL EVALUATION
                                )   DEADLINE TO MAY 21, 2013, and
17  UNITED STATES OF AMERICA, et al., )   [proposed] ORDER
                                )
18       Defendants.            )
                                )
19  _____)

20       Defendants, the United States of American and the Internal Revenue Service, and

21  plaintiff George Perrenod, through their respective counsel, stipulate as follows:

22       Currently, an Early Neutral Evaluation ("ENE") is scheduled in this matter for April 30,

23  2013, and briefs for the ENE are due April 26 at 12:00 p.m.  Unfortunately, the ENE cannot take

24  place as scheduled due to an injury suffered counsel for George Perrenod, Cindy Ho.  Cindy Ho

25  suffered a severe injury last night and will not be able to work for the next four days, possibly

26  more.  Her left shoulder blade is fractured in two places.  She will be examined by an orthopedic

27  surgeon today to determine whether surgery will be necessary.  She is currently resting at home

28  in an "immobilizer" and has been instructed by her doctor to minimize movement.

Consequently, Cindy will not be able to prepare and file the ENE statement for the Perrenod matter and will likely be unable to appear at the ENE scheduled on April 30, 2013.

The parties have contacted the ENE evaluator, Mark Penskar, and he is available May 14, 2013.

This extension of time will not affect any other dates included in the Court's scheduling order. The ENE deadline was previously extended by Court order from February 15, 2013, to April 30, 2013. (Dkt. No. 24).

For these reasons, IT IS STIPULATED AND AGREED that the Early Neutral Evaluation deadline of April 30, 2013, be extended to May 14, 2013.

Respectfully Submitted,

MELINDA HAAG
United States Attorney

/s/
CHARLES PARKER
Special Assistant United States Attorney
Attorneys for Defendants

/s/ by Matthew Miller
CINDY L. HO
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 26, 2013.

HONORABLE WILLIAM ALSUP
United States District Judge

Stipulation to Extend the Early Neutral
Evaluation Deadline to May 14, 2013
C 12-3815 WHA                    2