IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PERRENOD, | No. C 12-03815 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On June 6, defendants moved for summary judgment. Plaintiff failed to oppose or file a statement of non-opposition by the June 20 deadline. Plaintiff is **ORDERED TO SHOW CAUSE** why the motion for summary judgment should not be granted by **JUNE 26 AT NOON**.

**IT IS SO ORDERED.**

Dated: June 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE