IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE PERRENOD,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
                                 /

No. C 12-03815 WHA

**ORDER RE BRIEFING SCHEDULE**

     Plaintiff was ordered to show cause why defendants' motion for summary judgment should not be granted due to plaintiff's failure to file an opposition brief. In response, plaintiff's counsel explained that she was at fault for incorrectly putting the deadlines on her calendar and requested another opportunity to file. The request is **GRANTED**. Plaintiff's counsel shall file the opposition by **JUNE 26 AT NOON**. Defendants may reply by **JULY 3 AT NOON**.

     **IT IS SO ORDERED.**

Dated: June 25, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE