**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE PERRENOD,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
                           /

No. C 12-03815 WHA

**NOTICE VACATING HEARING**

    Because a July 3 order resolved defendants' motion for summary judgment, the July 11 hearing is **VACATED**.

    **IT IS SO ORDERED.**

Dated: July 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE