**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE PERRENOD,

    Plaintiff,

  v.

UNITED STATES OF AMERICA, and COMMISSIONER OF INTERNAL REVENUE,

    Defendants.

No. C 12-03815 WHA

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**

The final pretrial conference is hereby **MOVED** to **AUGUST 14, 2013, AT 2:00 P.M.** from August 12, 2013. The Court notes that the parties did not file any pretrial papers.

**IT IS SO ORDERED.**

Dated: August 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE