IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PERRENOD,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>and COMMISSIONER OF<br>INTERNAL REVENUE,<br><br>    Defendants.<br>                                                            / | No. C 12-03815 WHA<br><br>**ORDER RESETTING FINAL<br>PRETRIAL CONFERENCE** |

The final pretrial conference is hereby **MOVED** to **AUGUST 14, 2013, AT 2:00 P.M.** from August 12, 2013. The Court notes that the parties did not file any pretrial papers.

**IT IS SO ORDERED.**

Dated: August 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE